# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Nicole Hukriede, | Case No. 19-CV-711 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER OF PARTIAL DISMISSAL WITH PREJUDICE** |
| Ford Motor Credit Company, LLC, and Equifax Information Services, LLC, | |
| Defendants. | |

Based upon the Notice of Dismissal with Prejudice Against Defendant Equifax Information Services, LLC ("Equifax") filed by the Plaintiff [Doc. No. 15], and upon all of the files, records, and proceedings in this matter, the Court orders Defendant Equifax to be DISMISSED WITH PREJUDICE and without costs, disbursements, or attorneys' fees to any party. This dismissal applies *only* to Defendant Equifax. This action remains pending as to the remaining Defendant Ford Motor Credit Company, LLC.

Dated: July 12, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court